

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 27, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-25

**BY CM/ECF AND EMAIL**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
New York, New York 10007

> Re:   *United States v. Kirk Morgan*, 25 Cr. 441 (LAK)

Dear Judge Kaplan:

The Government respectfully requests a 21-day adjournment of the December 1, 2025 deadline to respond to the defendant's motion to dismiss the Indictment in the above-captioned case. The parties are currently engaged in discussions to reach a potential pretrial resolution and request additional time in order to continue their efforts. The Government proposes that it will have an additional 21 days to file its opposition (December 22, 2025), and the defense will have one week to reply (December 29, 2025). Defense counsel consents to this request.

> Respectfully submitted,
>
> JAY CLAYTON
> United States Attorney
>
> By:   /s/ Dana R. McCann
> Dana R. McCann
> Assistant United States Attorney
> Southern District of New York
> (212) 637-2308

cc: Counsel for Defendant Kirk Morgan (by ECF and email)

*Granted. Trial*
*date remains unchanged*

SO ORDERED

LEWIS A. KAPLAN, USDJ