

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 18, 2025

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/25

**BY CM/ECF AND EMAIL**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
New York, New York 10007

  Re: *United States v. Kirk Morgan*, 25 Cr. 441 (LAK)

Dear Judge Kaplan:

  The Government respectfully requests a two-week adjournment of the current December 22, 2025 deadline, until January 5, 2026, to respond to the defendant's motion to dismiss the Indictment in the above-captioned case. The parties have continued to engage in discussions to reach a potential pretrial resolution and request additional time in order to continue their efforts. The parties are scheduled to appear before the Court on January 8, 2026, and anticipate being able to advise the Court sufficiently in advance of that date whether, instead of a status conference, the parties will request that the January 8 conference be converted to a change of plea hearing. Accordingly, the Government respectfully requests that the deadline to submit its opposition be extended to January 5, 2026. Defense counsel consents to this request.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

     By:  /s/ Dana R. McCann
        Dana R. McCann
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2308

cc: Counsel for Defendant Kirk Morgan (by ECF and email)

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

12/19/25