

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 5, 2026



> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 01/06/2026

**BY CM/ECF AND EMAIL**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
New York, New York 10007

> Re:    *United States v. Kirk Morgan*, **25 Cr. 441 (LAK)**

Dear Judge Kaplan:

The Government respectfully requests that the Court adjourn *sine die* the briefing schedule in connection with the defendant's motion to dismiss the Indictment (Dkt. 14) and convert the January 8, 2026 status conference into a change of plea hearing. On December 18, 2025, the Court set January 5, 2026 as the deadline for the Government's opposition to the defendant's motion to dismiss. Since that time, the parties have continued to engage in discussions to reach a pretrial resolution and the parties anticipate that the defendant will enter a change of plea. Accordingly, the Government respectfully requests that the Court adjourn *sine die* the deadlines related to the defendant's motion to dismiss and convert the January 8, 2026 conference into a change of plea hearing. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/ Dana R. McCann
Dana R. McCann
Assistant United States Attorney
Southern District of New York
(212) 637-2308

cc: Counsel for Defendant Kirk Morgan (by ECF and email)

Granted

1/6/26